Oscar **GONZALEZ–BRISO,** also known as Javier Alvarado–Andrade, Appellant,

v.

**UNITED STATES of America,** Appellee.

No. 05–1563.

United States Court of Appeals, Eighth Circuit.

Submitted: March 31, 2006.

Decided: April 5, 2006.

Oscar Gonzalez–Briso, Milan, MI, pro se.

Raymond J. Rigat, Clinton, CT, for Appellant.

Shannon Leigh Olson, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Oscar Gonzalez–Briso appeals the district court's [1] order denying his 28 U.S.C. § 2255 motion. Because the notice of appeal was untimely, *see* Fed. R.App. P. 4(a)(1)(B), we dismiss this appeal. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.